**Exhibit A to the Complaint**

**Location:** Middletown, OH  **IP Address:** 107.11.108.153
**Total Works Infringed:** 56  **ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | D9702D2E2FAA5D92E921B60FCD8A25C41C7B170B | 06/23/2025 01:08:08 | Vixen | 06/20/2025 | 06/20/2025 | PA0002536520 |
| 2 | D20EF5ADC477C83647E3079D72D77AE8A8A4BCE1 | 06/23/2025 00:59:25 | TushyRaw | 06/16/2025 | 06/20/2025 | PA0002536512 |
| 3 | 8b23e8690195154dfef341b0547d78ea96746aa7 | 06/22/2025 04:20:42 | Blacked | 06/05/2021 | 06/15/2021 | PA0002296924 |
| 4 | 67d10613d504359b81de85f625e3ed367c8c1b28 | 06/22/2025 03:32:10 | Blacked Raw | 02/20/2025 | 03/25/2025 | PA0002521746 |
| 5 | e008ca55cde2ca4f8888736f1fd8536c9eb81303 | 06/22/2025 03:28:24 | Slayed | 07/09/2024 | 09/05/2024 | PA0002491133 |
| 6 | ffa741942187c2933057819b9cef3bcbde9b3036 | 06/22/2025 03:26:00 | Blacked Raw | 06/03/2023 | 06/09/2023 | PA0002415371 |
| 7 | 60a62352fea61244dfb62355d7b25587ec238f31 | 06/17/2025 05:33:02 | TushyRaw | 05/07/2024 | 06/19/2024 | PA0002476875 |
| 8 | 9f04b6215a011ab1c94d5c9c53512f840a60f3b0 | 06/17/2025 04:56:04 | Tushy | 12/08/2024 | 12/13/2024 | PA0002506314 |
| 9 | 40D544926DCF7879F40754D560E5B8DC91682584 | 06/17/2025 04:52:18 | Vixen | 08/30/2024 | 09/18/2024 | PA0002490438 |
| 10 | 332B234E320CA1AB726640AAE2CFB5CEA4585376 | 06/17/2025 04:35:12 | Blacked | 11/29/2024 | 12/13/2024 | PA0002506313 |
| 11 | 6570146ed9ceab99429ebf89bb91cb9df96415fe | 06/17/2025 04:18:09 | Vixen | 11/17/2023 | 12/13/2023 | PA0002445433 |
| 12 | C085A859A2D2D500065D5D3B6330A7857712C5DA | 05/26/2025 22:18:43 | Tushy | 08/11/2024 | 08/15/2024 | PA0002484873 |
| 13 | E98E5933A02280EC29FBA0C522EE36E7CB9D0AB6 | 05/26/2025 21:35:45 | Tushy | 04/06/2025 | 04/22/2025 | PA0002527083 |
| 14 | D30E699F8A48489881535E4EDD415F3C87FC3734 | 05/26/2025 21:35:41 | Tushy | 01/19/2025 | 02/18/2025 | PA0002515947 |
| 15 | 617858CE0103223BE6E9985F0F8053BAB0537EDD | 05/26/2025 21:34:51 | Tushy | 07/14/2024 | 08/14/2024 | PA0002484875 |
| 16 | 29AFC6E0887E4B04E7BC1D122FDA5423A279FFEE | 05/26/2025 21:34:25 | Tushy | 01/12/2025 | 01/16/2025 | PA0002509628 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 00DC7C70C442AD8A597E9533F08F5649D206F4D9 | 05/26/2025 21:33:47 | Tushy | 04/20/2025 | 04/22/2025 | PA0002527101 |
| 18 | 6B111271FCB5AE6E8ADE17DFC90121DD8120EC16 | 05/26/2025 21:31:21 | Tushy | 03/09/2025 | 03/28/2025 | PA0002522491 |
| 19 | 09BBA4E13FACE4E9E276AA5C98AC27EBB7792989 | 05/26/2025 21:26:58 | Tushy | 12/22/2024 | 01/16/2025 | PA0002509285 |
| 20 | 14DD5F83669912B7676372B4A5F6ABA8F08EE38A | 05/26/2025 21:26:52 | Tushy | 03/16/2025 | 03/28/2025 | PA0002522490 |
| 21 | A91ADA5F071170605A7B4A352C09E81B6EEA7D12 | 05/26/2025 21:22:56 | Tushy | 03/23/2025 | 03/28/2025 | PA0002522497 |
| 22 | A11B96B55F4EC8157D5229E3BDF1684EC6BB8ACD | 05/26/2025 21:18:06 | Tushy | 02/09/2025 | 02/18/2025 | PA0002515855 |
| 23 | 13B906A1C75F147BC9FA6AECFBB83A46E389A569 | 05/26/2025 21:16:27 | Tushy | 07/15/2018 | 08/07/2018 | PA0002132406 |
| 24 | 3BF6A41DFD92D49710FD4ACFAD3A4F45C612CB3B | 05/26/2025 21:15:05 | Tushy | 03/30/2025 | 04/22/2025 | PA0002526944 |
| 25 | FD926E6F765480CF19810FE7CDB879748B0A3C36 | 05/26/2025 21:14:20 | Tushy | 04/13/2025 | 04/28/2025 | PA0002527846 |
| 26 | 4A87976DF975AF0013D22460B15D350AB6498369 | 05/26/2025 21:12:16 | Tushy | 02/16/2025 | 02/18/2025 | PA0002515913 |
| 27 | B49F67C240BF2356FD41A5634C7455E2E6789D28 | 05/26/2025 21:11:53 | Tushy | 01/27/2025 | 02/18/2025 | PA0002515936 |
| 28 | A7915C25B5490F8FE1ACD9B7407E6B3EC581EDAB | 05/26/2025 21:09:00 | Tushy | 04/27/2025 | 05/20/2025 | PA0002531765 |
| 29 | 83B7ACA1338118292125F3719B682E08D2DD21EC | 05/26/2025 21:08:03 | Tushy | 05/11/2025 | 05/21/2025 | PA0002531833 |
| 30 | C4ABE6EC97D507A35DAD67E9827F9710B83B5F44 | 05/26/2025 21:07:34 | Tushy | 09/08/2024 | 09/18/2024 | PA0002490458 |
| 31 | 48923C2971CBE718A2D0457CE0DBFE6DFDD788EC | 05/26/2025 21:07:25 | Tushy | 03/02/2025 | 03/28/2025 | PA0002522493 |
| 32 | 0004673D9C9F52D6D8D51E05CF79046827411040 | 05/26/2025 21:05:51 | Tushy | 05/25/2025 | 06/09/2025 | PA0002534196 |
| 33 | 8DBC14CFECBA1E6385DAA1681435200EAEBA8839 | 05/26/2025 21:05:01 | TushyRaw | 11/19/2024 | 12/13/2024 | PA0002506261 |
| 34 | D61CFACD133DA941B4F137816004625A0F8093F8 | 05/26/2025 21:03:45 | Tushy | 05/04/2025 | 05/21/2025 | PA0002531939 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 067633D127C3B84FF727599FFDABAD4603C04420 | 05/26/2025 21:01:13 | Tushy | 02/02/2025 | 02/18/2025 | PA0002515927 |
| 36 | 42A833B7DFA0242A39AC2FBFC68D57D113E1FF80 | 05/26/2025 21:00:45 | Tushy | 02/23/2025 | 03/28/2025 | PA0002522498 |
| 37 | c0d9ca9ffdc05be8a72b9e768db4347ead1d884d | 05/26/2025 20:58:56 | Tushy | 08/04/2024 | 08/14/2024 | PA0002484839 |
| 38 | B18F9471580DB783CEF459B46FA54369EE2B529C | 05/26/2025 20:44:53 | Tushy | 05/18/2025 | 05/20/2025 | PA0002531763 |
| 39 | 2AD4E468E6B7D010B564CECB42E5D69AFCC423A1 | 04/05/2025 14:56:27 | TushyRaw | 08/16/2023 | 09/18/2023 | PA0002431113 |
| 40 | E07815D64E0AA891DC01C0450131430B91652F65 | 04/05/2025 14:19:20 | Tushy | 11/17/2024 | 12/13/2024 | PA0002506267 |
| 41 | DB525A07FF54B5A855CD15EAE4905BC4EA7BECF5 | 04/05/2025 14:16:03 | Blacked Raw | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 42 | 4BED030BDC406607EFF4747DA3B2E00E52DA9203 | 04/05/2025 13:46:56 | Tushy | 08/14/2019 | 09/17/2019 | PA0002216214 |
| 43 | 2472C76F50029CA857B1E4DD09221163A9782133 | 04/05/2025 13:19:14 | TushyRaw | 06/04/2024 | 06/18/2024 | PA0002476918 |
| 44 | 4E71BB5DA3322ECA8E11781FD04D1A4A6DEE9C8D | 04/02/2025 17:42:24 | Tushy | 11/03/2024 | 11/18/2024 | PA0002500920 |
| 45 | 69a5febb4f7bcd1ca408b97471e8a4a8c2a962a0 | 04/02/2025 17:35:14 | Tushy | 10/29/2023 | 11/13/2023 | PA0002439637 |
| 46 | ddc4e99f8037ed39db48c3dc4776b505df24c039 | 04/02/2025 17:32:50 | TushyRaw | 03/19/2024 | 04/12/2024 | PA0002465215 |
| 47 | D31315DF3F77A221B858C154D41EF3900A1EE3F5 | 03/30/2025 22:30:56 | Blacked | 03/29/2025 | 04/22/2025 | PA0002527042 |
| 48 | 496279D5C0FD5B66FCE532D68B74D7A08B2AAAE2 | 03/29/2025 14:07:58 | Vixen | 10/13/2023 | 11/14/2023 | PA0002439697 |
| 49 | 1B91AEFA0453B539D1375799DBF7C9E5EAF53DFC | 03/24/2025 00:03:52 | TushyRaw | 02/20/2024 | 03/12/2024 | PA0002459338 |
| 50 | DC0FA1B94E84BBD5BC61EBF6238C205920624B44 | 03/23/2025 23:31:46 | Tushy | 07/21/2024 | 08/14/2024 | PA0002484840 |
| 51 | FB71210EFD9090B19008511B4A177E9BFE168F16 | 03/23/2025 23:15:52 | Tushy | 12/10/2023 | 01/16/2024 | PA0002449506 |
| 52 | B09D116B535D324C14306300C1898B9F9F8CE32D | 03/23/2025 22:37:11 | Blacked Raw | 08/15/2022 | 08/29/2022 | PA0002367735 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | B08957DA2CE768F2360762D6DF3346522411EE79 | 03/23/2025 22:36:04 | Blacked | 06/14/2018 | 07/14/2018 | PA0002130452 |
| 54 | 8642869800F2957E364DEFEF77289E958914DA33 | 02/24/2025 02:51:32 | TushyRaw | 04/16/2024 | 05/08/2024 | PA0002470007 |
| 55 | 9ACFAE3374E978724478EDCF9E926D6F78CFEE6B | 02/24/2025 02:50:44 | Tushy | 01/14/2024 | 02/14/2024 | PA0002455009 |
| 56 | F64CBDB6FDAD6A3224E8A269EA065BABCC8AB5F3 | 02/10/2025 01:31:58 | Blacked | 08/31/2024 | 09/17/2024 | PA0002490361 |